TEXAS GAS EXPLORATION CORPO-
RATION, Appellant,

v.

Ashton J. MOUTON, Collector of Revenue of the State of Louisiana, Appellee.

No. 23403.

United States Court of Appeals
Fifth Circuit.

Sept. 13, 1967.

Clarence L. Yancey, Shreveport, La., for appellant.

Emmett E. Batson, Baton Rouge, La., for appellee.

Before RIVES and WISDOM, Circuit Judges, and CONNALLY, District Judge.

PER CURIAM:

The issues in this case are identical to those in Mississippi River Fuel Corp. v. Cocreham, 5 Cir., 382 F.2d 929, decided today. For the reasons expressed in our opinion in that case, the judgment is reversed.